## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **JIMMY RECINOS, individually and as representative of the estate of Delmy Recinos; JIMMY A. RECINOS; MARK A. BUESO SANDOVAL** § § § § § | |
| **PLAINTIFFS** § | |
| § § § | **Civil Action No.** **4:23−CV−03613** |
| **v.** § | |
| **JACINTOPORT INTERNATIONAL, LLC; SEABOARD CORPORATION; AND DIEGO LOPEZ SILVA** § § § § | |
| **DEFENDANTS** § § | |

### DEFENDANTS JACINTOPORT INTERNATIONAL, LLC AND SEABOARD MARINE LTD.'S CERTIFICATE OF INTERESTED PARTIES

COME NOW, Defendants Jacintoport International, LLC and Seaboard Marine Ltd. ("Defendants") and pursuant to Federal Rule of Civil Procedure 7.1 and the Court's Order for Conference and Disclosure [Dkt. 3], file this Certificate of Interested Parties and list of all known counsel of record. Defendants would respectfully show that, to the best of Defendants' knowledge, the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations or other entities may have a financial interest in the outcome of this litigation:

1. Counsel for Jacintoport International, LLC and Seaboard Marine Ltd.
   Phelps Dunbar, LLP
   Marc G. Matthews
   Andrew R. Nash
   910 Louisiana Street, Ste. 4300
   Houston, Texas 77002
   713-626-1386

2.  Jacintoport International, LLC

3.  Seaboard Marine, Ltd.

4.  Counsel for Seaboard Corporation
    Clark Hill, PLC
    David James
    Ross Jones
    H. Scott Alexander
    2615 Calder Avenue, Suite 240
    Beaumont, Texas 77702
    409-351-3800

5.  <u>Seaboard Corporation</u>

6.  Counsel for Defendant Diego Lopez Silva
    Brown Sims
    Collin D. Seipel
    1177 West Loop South, Tenth Floor
    Houston, Texas 77027-9007
    713-629-1580

7.  Counsel for Plaintiffs, Jimmy Recinos, individually and as representative of the
    estate of Delmy Recinos, Jimmy A. Recinos and Mark Bueso Sandoval
    Kherkher Garcia, LLP
    Steven Kherkher
    Jesus Garcia, Jr.
    Kevin C. Haynes
    Matt L. Martin
    2925 Richmond Ave., Suite 1560
    Houston, Texas 77098

8.  Jimmy Recinos, individually and as representative of the estate of Delmy Recinos

9.  Jimmy A. Recinos

10. Mark A. Bueso Sandoval

11. Counsel for Intervenor Rafael Ramirez
    Law Offices of Bennie D. Rush, PC
    Bennie D. Rush
    1300 11th Street, Suite 300
    Huntsville, Texas 77340
    936-295-0700

PD.43396876.1

12. Rafael Ramirez

Respectfully submitted,

/s/ Marc G. Matthews
Marc. G. Matthews
Texas Bar No.: 20455921
SDTX ID: 705809
910 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: 713-626-1386
Telecopier: 713-626-1388
Email: marc.matthews@phelps.com

**COUNSEL FOR DEFENDANTS,
JACINTOPORT INTERNATIONAL, LLC
AND SEABOARD MARINE, LTD.**

**Of Counsel:**
Andrew R. Nash
SDTX ID. 1690806
Texas Bar No. 24083550
910 Louisiana Street, Ste. 4300
Houston, Texas 77002
713-626-1386 Telephone
713-626-1388 Facsimile
Email:  andy.nash@phelps.com

## **CERTIFICATE OF SERVICE**

I certify that on the 18th day of October 2023, a true and correct copy of the foregoing document was served upon all counsel of record in accordance with the Federal Rules of Civil Procedure.

 /s/ Marc G. Matthews
Marc G. Matthews

PD.43396876.1