**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JIMMY RECINOS, individually and as representative of the estate of Delmy Recinos; JIMMY A. RECINOS; MARK A. BUESO SANDOVAL | § § § § § § § § | |
| | § § | Civil Action No. 4:23–CV–03613 |
| v. | § § | |
| JACINTOPORT INTERNATIONAL, LLC; SEABOARD CORPORATION; AND DIEGO LOPEZ SILVA | § § § § § | |

## UNSWORN DECLARATION OF SYLVIA SANTOS

Pursuant to 28 U.S.C. section 1746, this declaration is executed by Sylvia Santos for Defendant Jacintoport International, LLC ("Jacintoport").

1.     My name is Sylvia Santos. I am over the age of eighteen and am competent to make this declaration. I am an employee of Jacintoport, and my business address is 16398 Jacintoport Blvd., Houston, Texas 77015.

2.     Jacintoport operates a commercial marine terminal adjacent to the navigable waters of the Houston Ship Channel. Jacintoport's business includes the preparation, loading, and unloading of cargo to and from ocean-going vessels at its terminal. The Jacintoport terminal includes structures, such as the structure known as the "bag warehouse" at which Decedent

PD.43281601.3

EXHIBIT
A

Delmy Recinos ("Recinos") regularly worked, which are used in receiving, handling, holding, consolidating, and loading of waterborne cargo shipments for Jacintoport's customers. The bag warehouse is used, in part, to store and stuff cargo into containers that are bound for vessels to be loaded at the docks at Jacintoport's terminal.

3. The September 2, 2022 incident that resulted in the death of Recinos occurred within Jacintoport's terminal, just outside of the bag warehouse, in an area where stuffed cargo containers are staged for loading aboard vessels and/or retrieval by Jacintoport's customers. The area where the incident occurred is less than 500 feet from navigable waters where ocean-going vessels regularly berth.

4. I am the custodian of the Jacintoport records attached to this declaration as Tabs 1 through 5. Those records were made at or near the time of the events memorialized in them by, or from information transmitted by, someone with knowledge of the documents' contents. The records are kept in the course of regularly conducted activity of Jacintoport, and making the records is a regular practice of Jacintoport when engaged in the activity shown in the records.

5. I am employed by Jacintoport as a Senior Logistics Coordinator. As part of my regular duties and responsibilities in that position, I am directly involved in the creation, preparation, processing, and finalization of

documents related to certain cargo bookings for Jacintoport customers that pass through the bag warehouse. I am directly familiar with the physical labor as well as the corresponding documents involved in Jacintoport's handling of this type of cargo. In my position I am directly responsible for liaising between Jacintoport's customers and Jacintoport's bag warehouse employees regarding any such cargo booking.

6. On September 2, 2022, Recinos was employed by Jacintoport as a Receiving Clerk, assigned to work in the bag warehouse. As a Receiving Clerk, Recinos's regular duties included directing, monitoring, and recording the volume of bagged cargo loaded, or "stuffed", into shipping containers for ocean transport. Additionally, as a Receiving Clerk, Recinos's regular duties included completing and processing documents related to the delivery of containerized cargo to the ship(s), barge(s), or truck(s) nominated by Jacintoport's customers. Recinos's regular duties required her to be physically present in and around the bag warehouse while other workers loaded bags of cargo into containers. Recinos's regular duties required her to watch the loading of containers, and to tally, check, and record the volume of cargo loaded into specific containers for specific cargo bookings.

7. The records attached hereto as Tabs 1 through 5 show that it was a regular part of Recinos's duties to be physically engaged in in the process of moving cargo between land and ships for ocean carriage.

8.     The records attached hereto as Tabs 1 through 5 reflect work performed by Recinos during August 2022, less than one month prior to the incident that resulted in her death. These records are examples of the type of work in which Recinos was regularly engaged involving ocean-going cargo, but do not include all such work in which she was regularly engaged over the course of her career with Jacintoport. These records are illustrations taken only from the month immediately prior to her death.

9.     The records attached as Tab 1 show the following information:

a.     Seaboard Marine Ltd. ("Seaboard Marine") booked certain cargo to be loaded at Jacintoport's terminal at 16398 Jacintoport Blvd., Houston, Texas 77015. The booking was assigned Booking Order No. CAN 7238611 A. Tab 1 at 1. This Booking Order relates to cargo to be containerized by Jacintoport personnel for loading onto the vessel *Seaboard Pride* at Jacintoport for ocean carriage to Kingston, Jamaica and onward shipping to Rio Haina, Dominican Republic aboard the vessel *AS Sabrina. Id.*

b.     Recinos was a Receiving Clerk overseeing some of the cargo operations related to this Booking Order. The "stuffing lists" (*id.* at 2-3) reflect that she oversaw the stuffing of four containers from this Booking Order; specifically, containers SMLU 311985 5, SMLU 314702 9, SMLU 258071 2, and SMLU 311278 4.

PD.43281601.3

c.    In addition to overseeing the stuffing of cargo into the containers, Recinos was also responsible for placing a uniquely numbered seal on each container, or at least ensuring that a uniquely numbered seal was placed on each container by another Jacintoport employee prior to the container being loaded onto the *Seaboard Pride*. The uniquely numbered seals attached to each container are recorded by Receiving Clerks, such as Recinos, on the "Summary of Cargo-Stuffed into Containers" document (*id.* at 8), as well as on the Shipment Pick Slips (*id.* at 4-7). These documents also reference the unique Booking Order number, CAN 7238611 A. *See id.* at 4-8.

10.    The records attached as Tab 2 show the following information:

a.    Seaboard Marine booked certain cargo to be loaded at Jacintoport's terminal at 16398 Jacintoport Blvd., Houston, Texas 77015. The booking was assigned Booking Order No. HOU 7270735 A. Tab 2 at 1. This Booking Order relates to cargo to be containerized by Jacintoport personnel for loading onto the vessel *Seaboard Pride* at Jacintoport for ocean carriage to Kingston, Jamaica and onward shipping to Rio Haina, Dominican Republic aboard the vessel *AS Sabrina. Id.*

b.    Recinos was a Receiving Clerk overseeing some of the cargo operations related to this Booking Order. *Id.* at 2-3. The "stuffing lists"

reflect that she oversaw the stuffing of four containers from this Booking Order; specifically, containers SMLU 310136 8, SMLU 257023 1, SMLU 311723 5, and SMLU 313255 9. *Id.*

    c.   In addition to overseeing the stuffing of cargo into the containers, Recinos was also responsible for placing a uniquely numbered seal on each container, or at least ensuring that a uniquely numbered seal was placed on each container by some other Jacintoport employee prior to the container being loaded onto the *Seaboard Pride*. The uniquely numbered seals attached to each container are recorded by Receiving Clerks, such as Recinos, on the "Summary of Cargo-Stuffed into Containers" document, as well as on the Shipment Pick Slips. *See id.* at 4-8. These documents also reference the unique Booking Order number, HOU 7270735 A. *Id.*

11.   The records attached as Tab 3 show the following information:

    a.   Seaboard Marine booked certain cargo to be loaded at Jacintoport's terminal at 16398 Jacintoport Blvd., Houston, Texas 77015, for Seaboard Marine's customer National Shipping of America Inc. <u>Tab 3</u> at 1. The booking was assigned Booking Order No. HOU 7285482 A. *Id.* National Shipping of America Inc.'s Booking Confirmation number for the same Booking Order was 10029027. *Id.* at 2-3. This Booking Order relates to cargo to be containerized by

PD.43281601.3

Jacintoport personnel for loading onto the vessel *Seaboard Pioneer* at Jacintoport for ocean carriage to Kingston, Jamaica. *Id.* at 1.

b. Recinos was a Receiving Clerk overseeing some of the cargo operations related to this Booking Order. The "stuffing lists" (*id.* at 4, 16) reflect that she oversaw the stuffing of at least fifteen containers from this Booking Order; specifically, containers TGBU 203820 6, GAOU 223402 0, TGBU 202547 2, TEMU 373321 8, RFCU 220377 0, TEMU 280483 1, SDDU 200034 6, RFCU 224913 2, MAGU 221821 2, RFCU 217521 4, TEMU 158141 4, TEMU 158110 0, SDDU 200013 5, TEMU 354794 9, and TGHU 179996 4. *Id.*

c. In addition to overseeing the stuffing of cargo into the containers, Recinos was also responsible for placing a uniquely numbered seal on each container, or at least ensuring that a uniquely numbered seal was placed on each container by another Jacintoport employee prior to the container being loaded onto the *Seaboard Pioneer*. The uniquely numbered seals attached to each container are recorded by Receiving Clerks, such as Recinos, on the "Summary of Cargo-Stuffed into Containers" document (*id.* at 6, 17), as well as on the Shipment Pick Slips (*id.* at 7-15, 18-23). For this particular Booking, the Booking Order number, HOU 7270735 A, is present on the Summary of Cargo-Stuffed into Containers document, while the

Shipment Pick Slips bear National Shipping of America Inc.'s Booking Confirmation number 10029027. This is because National Shipping of America Inc. originally booked the cargo to be loaded and retrieved from Jacintoport's terminal by truck but later converted the booking to sail aboard the *Seaboard Pioneer*.

12.     The records attached as Tab 4 show the following information:

a.     Seaboard Marine booked certain cargo to be loaded at Jacintoport's terminal at 16398 Jacintoport Blvd., Houston, Texas 77015. The booking was assigned Booking Order No. CAN 7249808 A. Tab 4 at 1. This Booking Order relates to cargo to be containerized by Jacintoport personnel for loading onto the vessel *Seaboard Pioneer* at Jacintoport for ocean carriage to Kingston, Jamaica and onward shipping to Rio Haina, Dominican Republic aboard the vessel *AS Pauline. Id.*

b.     Recinos was a Receiving Clerk overseeing some of the cargo operations related to this Booking Order. The "stuffing lists" reflect that she oversaw the stuffing of six containers from this Booking Order; specifically, containers SMLU 311580 2, SMLU 311534 0, TCKU 204886 9, BHCU 319021 1, SMLU 312193 4, and DFSU 126016 1. *Id.* at 2-3.

c.     In addition to overseeing the stuffing of cargo into the containers, Recinos was also responsible for placing a uniquely numbered seal on each container, or at least ensuring that a uniquely numbered seal was placed on each container by another Jacintoport employee prior to the container being loaded onto the *Seaboard Pride*. The uniquely numbered seals attached to each container are recorded by Receiving Clerks, such as Recinos, on the "Summary of Cargo-Stuffed into Containers" document, as well as on the Shipment Pick Slips. *Id.* at 3-9. These documents also reference the unique Booking Order number CAN 7249808 A.

13.     The records attached as Tab 5 show the following information:

a.     Seaboard Marine booked certain cargo to be loaded at Jacintoport's terminal at 16398 Jacintoport Blvd., Houston, Texas 77015. Tab 5 at 1. The booking was assigned Booking Order No. CAN 7281116 A. *Id.* This Booking Order relates to cargo to be containerized by Jacintoport personnel for loading onto the vessel *Seaboard Pioneer* at Jacintoport for ocean carriage to Kingston, Jamaica and onward shipping to Rio Haina, Dominican Republic aboard the vessel *AS Felicia. Id.*

b.     Recinos was a Receiving Clerk overseeing some of the cargo operations related to this Booking Order. The "stuffing lists" reflect

that she oversaw the stuffing of four containers from this Booking Order; specifically, containers TEMU 374542 0, BHCU 320783 9, SMLU 313375 0, and TEMU 547198 7. *Id.* at 2.

    c.    In addition to overseeing the stuffing of cargo into the containers, Recinos was also responsible for placing a uniquely numbered seal on each container, or at least ensuring that a uniquely numbered seal was placed on each container by another Jacintoport employee prior to the container being loaded onto the *Seaboard Pride*. The uniquely numbered seals attached to each container are recorded by Receiving Clerks, such as Recinos, on the "Summary of Cargo-Stuffed into Containers" document, as well as on the Shipment Pick Slips. *Id.* at 3-7 These documents also reference the unique Booking Order number CAN 7281116 A. *Id.*

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 14 2023.

_____
Sylvia Santos


9/08/23MLSSANT

BOOKING DATE . . : 7/12/22 @ 10:12:30
BOOKED BY . . . . : SHIRLEY ROBILLARD

BOOKING ORDER . . : CAN 7238611 A

FORWARDER . . . . : CFT CORPORATION (241537)
CONTACT . . . . . : LARRY
905/829-5252

ORIGIN . . . . . : HOUSTON, TX, UNITED STATES
PORT OF LOADING . : HOUSTON, TX, UNITED STATES
PORT OF DISCHARGE : KINGSTON, JAMAICA
DESTINATION . . . : RIO HAINA, D.R., DOMINICAN REPUBLIC

| ITINERARY | VOYAGE | | POL | POD | EST SAIL | EST ARRIVAL | OFC BOOKING |
|-----------|--------|--|-----|-----|----------|-------------|-------------|
| | SEABOARD PRIDE 115 | | HOU | KGT | 8/10/22 | 8/14/22 | CAN 7238611 A |
| | AS SABRINA 77 | | KGT | RHA | 8/18/22 | 8/22/22 | KGT 7238619 A |

ORDER TYPE . . . : Full Load
MOVE TYPE . . . . : STATION/YARD

COMMODITY . . . . : BEANS/FOODGRADE REQ 2000 BAGS STUFFED/CNTR 4 X 20
CARGO CUT-OFF DATE: 8/03/22
PRICING REFERENCE : TLI 1901-00-0000-1707

| LINE | EQUIPMENT | REQ SIZE | REQ TYPE | REQ CLASS | BOND? | HAZ? | REEFER STATUS | POUNDS | METRIC TONS | TARE WEIGHT(lbs) |
|------|-----------|----------|----------|-----------|-------|------|---------------|--------|-------------|------------------|
| 1 | SMLU 311985 5 | 20 | DRY | CON | | | | 55120.00 | 25.00 | 5120.00 |
| 2 | SMLU 314702 9 | 20 | DRY | CON | | | | 54980.00 | 24.93 | 4980.00 |
| 3 | SMLU 258071 2 | 20 | DRY | CON | | | | 55120.00 | 25.00 | 5120.00 |
| 4 | SMLU 311278 4 | 20 | DRY | CON | | | | 55120.00 | 25.00 | 5120.00 |
| | | | | EQUIPMENT: | | 4 | | 220340.00 | 99.93 | |

BOOKING COMMENTS : EMAIL: lroache@cftcorp.com
EQUIPMENT: 4 x 20'DRY CONTAINERS (FOODGRADE)
500 x 100 lb bags PER 20' CONTAINER
ARRIVING VIA TRUCK
RATES AS QUOTED
SUBJECT TO EQUIPMENT/SPACE & VESSEL AVAILABILITY
THANK YOU FOR YOUR SUPPORT
Rollover from Voy SIO 114 to SPD 115 by MBSROBI.

CUSTOMER ALERT:
PLEASE BE ADVISED THAT DUE TO US CUSTOMS ENFORCING A NO DOCS, NO LOAD POLICY
FOR ALL EXPORTS FROM THE USA, ANY PRESENTATION OF LATE DOCUMENTATION WILL
RESULT IN YOUR CARGO NOT BEING LOADED AND/OR PENALTIES AND FINES.

BREAKBULK/CONTAINER PICK-UP & DELIVERY ADDRESS:
SEABOARD MARINE
C/O JACINTOPORT TERMINAL
16203 PENINSULA BLVD
HOUSTON, TEXAS 77015

FOR DIRECTIONS PLEASE CALL: (713) 673-7000
FOR EQUIPMENT PLEASE CALL : (713) 821-7400
HOURS OF OPERATION        : MONDAY - FRIDAY  8:00AM-12:00AM (CLOSED 12:00-
1:00PM- 4:30PM              1:00) +

**Tab 1**

DELIVERY RECEIVED BY:

**DATE: 08 / 04 / 22**

Delmar Technol...

SUPERVISOR _____

| LAST NAME | FIRST NAME | CONTAINER NUMBER | # OF BAGS | IN OUT TIME | TRUCK NUMBER | IN OUT TIME | RAILCAR NUMBER |
|---|---|---|---|---|---|---|---|
| Chavez | Ismael | 5MLU 3108855 | 500 | 6:37 | 100 LB | | |
| Gonzalez | Pedro Reyes | 5MLU 3147609 | 500 | 8:03 | 100 LB | | |
| Rivera | Gabriel Reyes | 5MLU 2571660 | 500 | 8:31 | 100 LB | | |
| Eguizabal | Jose | 5MLU 2510618-6 | 500 | 8:24 | 100 LB | | |
| | | 5MLU 2571659 | 500 | 8:26 | 100 LB | | |
| | | 5MLU 2571518 | 500 | 11:19 | 100 LB | | 6 CONT |
| Chavez | Ismael | 5MLU 2570931 | 500 | 11:23 | 100 LB | | |
| Rivera | Reyes | 5MLU 3132559 | 500 | 12:49 | 100 LB | | |
| Rivera | Gabriel | 5MLU 3114601 | 500 | 12:51 | 100 LB | | |
| Eguizabal | Jose | 5MLU 3111903 | 500 | 1:54 | 100 LB | | 4 CONT |
| Ramirez | Mario | 5MLU 311723-5 | 500 | 11:08 | 100 LB | | 1 CONT |

Tab 1

Delmar Records

**DATE: 08/04/22**

**SUPERVISOR:** _____

| LAST NAME | FIRST NAME | CONTAINER NUMBER | # OF BAGS | IN OUT TIME | TRUCK NUMBER | IN OUT TIME | RAILCAR NUMBER |
|---|---|---|---|---|---|---|---|
| Chavez | Rafael | 5mlu31382.7-0 | 500 | 8:03 | 100LB | | |
| Cantor | Jesus | 5mlu311823.3 | 500 | 4:32 | 100LB | | |
| Chavez | Horacio | | — | | | | |
| Serrato | Jose | 5mlu257380.0 | 500 | 8:56 | 100LB | | |
| Muro | Refujio | 5mlu314087-1 | 500 | 8:00 | 100LB | | |
| | | 5mlu275801-2 | 500 | 9:02 | 100LB | | 11 CONT |
| | | 5mlu31478-4 | 500 | 10 | 100LB | | |
| | | 5mlu310637-1 | 500 | 10:10 | 100LB | | |
| | | 5mlu257148.0 | 500 | 10:58 | 100LB | | |
| | | 5mlu310845.1 | 500 | 11:08 | 100LB | | |
| | | 5mlu310368.500 | | 12:29 | 100LB | | |
| | | 5mlu256791 6 500 | | 11:10 | 100LB | | |
| Muro | Refujio | 5mlu310181-5 500 | | 12:13 | 100LB | | 1 CONT |
| Serrato | Jose | | | | | | |

SUPERVISOR: _____

Customer:  CFT CORP

Carrier: SEABOARD

Order No: 87019
Cust Order:  CAN7238611A
· Booking: CAN7238611A
Load Type: LooseLoad
Request Date: 08/05/2022

CONTAINER/TRAILER INSPECTED: SMU3119885-S          Seal #A716397

| Staged By: | Staging Area | | Loaded By: | Date Loaded: 8-4-22 |
|---|---|---|---|---|

Trailer No:                    Door No:     PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|---|---|---|---|---|---|---|
| CFT-P BEANS-100 | CAN7238611A | 500 | BAG | 50,000.00 | a010 | Grain Warehouse |
| TOTAL | | 500 | | 50,000.00 | | |

**Tab 1**

Customer: CFT CORP

Carrier: SEABOARD

Order No: 87019
Cust Order: CAN723861 A
Booking: CAN723861 A
Load Type: LooseLoad
Request Date: 08/05/2022

CONTAINER/TRAILER INSPECTED: SMIU3147o2-9                   SCal # A718398

Staged By: _____ Staging Area: _____ Loaded By: _____ Date Loaded: 8.4.22

Trailer No:                     Door No:    PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|------|-----|-----|-----|--------|----------|------|
| CFT-P BEANS-100 | CAN7238511A | 500 | BAG | 50,000.00 | a010 | Grain Warehouse |
| **TOTAL** | | 500 | | 50,000.00 | | |

**Tab 1**

## SHIPMENT PICK SLIP

Shipment No: 228181

Customer: CFT CORP

Order No: 87019
Cust Order: CAN7238611A
Booking: CAN7238611A
Load Type: LooseLoad
Request Date: 08/05/2022

Carrier: SEABOARD

CONTAINER/TRAILER INSPECTED: SMIN258071-2      Seal # A718399

| | | |
|---|---|---|
| Staged By: _____ | Staging Area: _____ | Loaded By: _____ |
| Trailer No: | Door No:      PAD | Date Loaded: 8-4-22 |
| Special Instructions: | | |
| REMARKS: | | |

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|---|---|---|---|---|---|---|
| CFT-P BEANS-100 | CAN7238611A | 500 | BAG | 50,000.00 | a010 | Grain Warehouse |
| TOTAL | | 500 | | 50,000.00 | | |

**Tab 1**

# SHIPMENT PICK SLIP

Shipment No:    228182

Customer: CFT CORP

Carrier: SEABOARD

Order No: 87019
Cust Order: CAN7238611A
Booking: CAN7238611A
Load Type: LooseLoad
Request Date: 08/05/2022

CONTAINER/TRAILER INSPECTED: SMLU3112278-4          Seal # A71 8400

| Staged By: | | Staging Area: | | Loaded By: | | Date Loaded: B. 4-22 |
|---|---|---|---|---|---|---|

Trailer No:          Door No:    PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|---|---|---|---|---|---|---|
| CFT-P BEANS-100 | CAN7238611A | 292 | BAG | 29,200.00 | a010 | Grain Warehouse |
| CFT-P BEANS-100 | CAN7238611A | 208 | BAG | 20,800.00 | A011 | Grain Warehouse |
| TOTAL | | 500 | | 50,000.00 | | |

**Tab 1**

# JACINTO PORT INTERNATIONAL LLC

## Summary of Cargo – Stuffed into Containers

Customer/Container Line: CFT
Port of Discharge: Rio Haina, D.R
Vessel Name: SB PRIDE D.R V 11S
Product: Pinto Beans

Booking No: CAN7238611A
Total Number of Bags: 2000
PO No: Prvble. B1611A
Damages: 0

| | Container no. | Tare Wt. | Size | Date | Qty. | Product Wt. | Seal No. | Notes |
|---|---|---|---|---|---|---|---|---|
| 1. | SMIU 3119855 | 5120 | 20 | 8-4-22 | 300 | 50,000 | A718397 | Truck 7509 448 Bags |
| 2. | | | | | | | | Truck 39265 Bags = 52 |
| 3. | | | | | | | | |
| 4. | SMIU 3147029 | 4980 | 20 | 8-4-22 | 500 | 50,000 | A718398 | Truck 57674 Bags = 448 |
| 5. | | | | | | | | Truck 34265 Bags = 52 |
| 6. | | | | | | | | |
| 7. | SMIU 258071-2 | 5120 | 20 | 8-4-22 | 500 | 50,000 | A718399 | Truck 187 Bags = 448 Truck 34265 Bags = 52 |
| 8. | | | | | | | | |
| 9. | | | | | | | | |
| 10. | SMIU 3112788-4 | 5120 | 20 | 8-4-22 | 500 | 50,000 | A718400 | Truck 00 Bags = 448 Truck 34250 Bags = 52 |
| 11. | | | | | | | | |
| 12. | | | | | | | | |
| 13. | | | | | | | | |
| 14. | | | | | | | | |
| 15. | | | | | | | | |
| 16. | | | | | | | | |
| 17. | | | | | | | | |
| 18. | | | | | | | | |
| 19. | | | | | | | | |
| 20. | | | | | | | | |
| 21. | | | | | | | | |
| 22. | | | | | | | | |
| 23. | | | | | | | | |
| 24. | | | | | | | | |
| 25. | | | | | | | | |
| 26. | | | | | | | | |
| 27. | | | | | | | | |
| 28. | | | | | | | | |
| 29. | | | | | | | | |
| 30. | | | | | | | | |

**Tab 1**


BOOKING DATE  . . : 8/01/22 @ 13:06:48
BOOKED BY . . . . : Alfred Gutierrez

BOOKING ORDER . . : HOU 7270735 A

CUSTOMER REF  . : BNSF761960

CONSIGNEE . . . . : IMPORTADORA DEL SUR SRL (679806)
                    809/221-0663

SHIPPER . . . . . : NEW ALLIANCE INC (991129)
CONTACT . . . . . : gisselt pena
                    809/565-0667

PORT OF LOADING . : HOUSTON, TX, UNITED STATES
PORT OF DISCHARGE : KINGSTON, JAMAICA
DESTINATION . . . : RIO HAINA, D.R., DOMINICAN REPUBLIC

| ITINERARY | VOYAGE | POL | POD | EST SAIL | EST ARRIVAL | OFC BOOKING |
|---|---|---|---|---|---|---|
| | SEABOARD PRIDE 115 | HOU | KGT | 8/10/22 | 8/14/22 | HOU 7270735 A |
| | AS SABRINA 77 | KGT | RHA | 8/18/22 | 8/22/22 | KGT 7288565 A |

ORDER TYPE  . . . : Full Load
MOVE TYPE . . . . : STATION/YARD

COMMODITY . . . . . : PINTO BEANS
CARGO CUT-OFF DATE: 8/05/22
PRICING REFERENCE : SVC 2021-02513

| LINE | EQUIPMENT | REQ SIZE | REQ TYPE | REQ CLASS | BOND? | HAZ? | REEFER STATUS | POUNDS | METRIC TONS | TARE WEIGHT(lbs) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SMLU 310136 8 | 20 | DRY | CON | | | | 55120.00 | 25.00 | 5120.00 |
| 2 | SMLU 257023 1 | 20 | DRY | CON | | | | 55120.00 | 25.00 | 5120.00 |
| 3 | SMLU 311723 5 | 20 | DRY | CON | | | | 55120.00 | 25.00 | 5120.00 |
| 4 | SMLU 313255 9 | 20 | DRY | CON | | | | 54920.00 | 24.91 | 4920.00 |
| | | | | EQUIPMENT: | 4 | | | 220280.00 | 99.91 | |

BOOKING COMMENTS  : RAILCAR# BNSF761960
                    ***CARGO COLLECT***
                    Add VGM fee per email

A VALID TRANSPORTATION WORKER IDENTIFICATION ("TWIC") IS REQUIRED FOR ENTRY
TO PORT TERMINAL.

DELIVERY OF HEAVY-LIFT CARGO REQUIRES 24 HOURS ADVANCE NOTICED AND CRANE
APPOINTMENT.  PLEASE CALL 832-492-8621 OR 832-309-6000 TO SCHEDULE
APPOINTMENT TIME.

SEABOARD MARINE REGRETS THAT WE CAN NO LONGER SUPPLY LINE SEALS TO OUR
CUSTOMERS.  WE ALSO CAN NOT ACCEPT CONTAINERS WHERE CUSTOMERS HAVE APPLIED
PAD LOCKS IN LIEU OF A SEAL.  OUR CUSTOMERS MUST USE THEIR OWN NUMBERED
EMBOSSED SEAL. THANK YOU FOR YOUR COOPERATION.

BREAKBULK/CONTAINER PICK-UP & DELIVERY ADDRESS:
                                                 SEABOARD MARINE
                                                 C/O JACINTOPORT TERMINAL
                                                 16203 PENINSULA BLVD
                                                 HOUSTON, TEXAS 77015

FOR DIRECTIONS PLEASE CALL: (713) 673-7000
FOR EQUIPMENT PLEASE CALL : (713) 821-7400
HOURS OF OPERATION        : MONDAY - FRIDAY    8:00AM-12:00AM (CLOSED 12:00-
                                               1:00PM- 4:30PM          1:00) +

Tab 2

DATE: 08 / 04 / 22

| LAST NAME | FIRST NAME | CONTAINER NUMBER | # OF BAGS | IN OUT TIME | TRUCK NUMBER | IN OUT TIME | RAILCAR NUMBER |
|---|---|---|---|---|---|---|---|
| Chavez | Rafael | 5mlu 3138827-0 | 500 | 11:03 | 100 LB | | 11 OUT |
| Antor | Jesus | 5mlu 311183-3 | 500 | 11:57 | 100 LB | | |
| Chavez | Horacio | 5mlu 257-380.0 | 500 | 11:56 | 100 LB | | |
| berrato | Jose | 5mlu 3144887-1 | 500 | 11:00 | 100 LB | | |
| Muro | Refujio | 5mlu 2580719 | 500 | 11:07 | 100 LB | | |
| | | 5mlu 311978-4 | 500 | 10:59 | 100 LB | | |
| | | 5mlu 257148.0 | 500 | 10:59 | 100 LB | | |
| | | 5mlu 310245-1 | 500 | 10:59 | 100 LB | | |
| | | 5mlu 310318-8 | 500 | 12:10 12:10 | 100 LB | | |
| Muro | Refujio | 5mlu 256791 6 | 500 | 12:10 12:00 | 100 LB | | |
| berrato | Jobe | 5mlu 310181-5 | 500 | 12:56 12:00 | 100 LB | | 100UT |

SUPERVISOR _____

DATE: 08 / 04 / 22

| LAST NAME | FIRST NAME | CONTAINER NUMBER | # OF BAGS | IN OUT TIME | TRUCK NUMBER | IN OUT TIME | RAILCAR NUMBER |
|---|---|---|---|---|---|---|---|
| Chavez | Ismael | bmlu 31098.5 | 500 | 8/3 | 100LB | | |
| Gonzalez | Pedro | bmlu 3147029 | 500 | 8/3 | 100LB | | |
| Rivera | Reyeb | bmlu 257160 | 500 | 3/4 | 100LB | | |
| Rivera | Gabriel | bmlu 2576062 | 500 | 8/24 | 100LB | | |
| Eguzabal | Jose | bmlu 2516618 6 | 500 | 18/24 | 100LB | | |
| | | bmlu 1257659 0 | 500 | 18/19 | 100LB | | |
| | | bmlu 257618 8 | 500 | 11:19 | 100LB | | |
| Chavez | Ismael | bmlu 257023 | 500 | 11:09 | 100LB | | 4 CONT |
| Rivera | Reyeb | bmlu 3132550 | 500 | 11:09 | 100LB | | |
| Rivera | Gabriel | bmlu 314460 -0 | 500 | 11:51 | 100LB | | |
| Eguzabal | Jose | bmlu 311903 8 | 500 | 1:59 | 100LB | | |
| | | | | | | | |
| Ramirez | Mario | bmlu 311122-5 | 500 | 11:59 | 100LB | | 1 CONT |

SUPERVISOR _____

Tab 2

# SHIPMENT PICK SLIP

Shipment No:    228163

Customer: NEW ALLIANCE

Carrier: SEABOARD

Order No: 87015
Cust Order: HOU7270735A
Booking: HOU7270735A
Load Type: LooseLoad
Request Date: 08/05/2022

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CONTAINER/TRAILER INSPECTED: *Swlw 310136-B*    *Seal # A718309*

| Staged By: | _____ | Staging Area: | _____ | Loaded By: _____ | Date Loaded: *B.4-22* |

Trailer No:    Door No:    PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|------|-----|-----|-----|--------|----------|------|
| NEW ALLIANCE PI | HOU7270735A | 500 | BAG | 50,000.00 | a015 | Grain Warehouse |
| TOTAL | | 500 | | 50,000.00 | | |

Tab 2

## SHIPMENT PICK SLIP

Shipment No:    228164

Customer: NEW ALLIANCE

Carrier: SEABOARD

Order No: 87015
Cust Order:  HOU7270735A
Booking: HOU7270735A
Load Type: LooseLoad
Request Date: 08/05/2022

CONTAINER/TRAILER INSPECTED: SMW 257023 -1    Seal # A7116310

| Staged By: | | Staging Area: | | Loaded By: | | Date Loaded: | 8-4-22 |
|---|---|---|---|---|---|---|---|
| Trailer No: | | Door No: | PAD | | | | |

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|---|---|---|---|---|---|---|
| NEW ALLIANCE PI | HOU7270735A | 500 | BAG | 50,000.00 | a015 | Grain Warehouse |
| TOTAL | | 500 | | 50,000.00 | | |

Tab 2

## SHIPMENT PICK SLIP

Shipment No:     228165

Customer: NEW ALLIANCE

Carrier: SEABOARD

Order No: 87015
Cust Order:  HOU7270735A
Booking: HOU7270735A
Load Type: LooseLoad
Request Date: 08/05/2022

---

CONTAINER/TRAILER INSPECTED:  SMU 311923-5          Seal # A718311

| Staged By: | | Staging Area: | | Loaded By: | | Date Loaded: | 8-4-22 |
|---|---|---|---|---|---|---|---|
| Trailer No: | | | Door No: | PAD | | | |

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|---|---|---|---|---|---|---|
| NEW ALLIANCE PI | HOU7270735A | 500 | BAG | 50,000.00 | a015 | Grain Warehouse |
| TOTAL | | 500 | | 50,000.00 | | |

**Tab 2**

**SHIPMENT PICK SLIP**

Shipment No:     228166

Customer: NEW ALLIANCE

Carrier: SEABOARD

Order No: 87015
Cust Order: HOU7270735A
Booking: HOU7270735A
Load Type: LooseLoad
Request Date: 08/05/2022

------------------------------------------------------------

CONTAINER/TRAILER INSPECTED: 5410 313255-9          Seal # A718312

| Staged By: | _____ | Staging Area: | _____ | Loaded By: _____ | Date Loaded: 8.4-22 |
|---|---|---|---|---|---|

Trailer No:                     Door No:    PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|---|---|---|---|---|---|---|
| NEW ALLIANCE PI | HOU7270735A | 500 | BAG | 50,000.00 | a015 | Grain Warehouse |
| TOTAL | | 500 | | 50,000.00 | | |

**Tab 2**

5

# JACINTO꞊ ꞊JꞨꞦ
### I N T E R N A T I O N A L   L L C
## Summary of Cargo – Stuffed into Containers

Customer/Container Line: New Alliance     Booking No: HQU727073S A

Port of Discharge: RIO HAINA · D.R     Total Number of Bags: 2000

Vessel Name SB PRIDE V. 115     PO No: Private - 0735 A

Product Pinto Beans     Damages: Ø

| | Container no. | Tare Wt. | Size | Date | Qty. | Product Wt. | Seal No. | Notes |
|---|---|---|---|---|---|---|---|---|
| 1. | S×1U710136.8 | 5120 | 20 | 8.4.22 | 500 | 50,000 | A718309 | BNSF |
| 2. | S×1U1297023.1 | 5120 | 20 | 8.4.22 | 500 | 50,000 | A718310 | 761960 |
| 3. | S×1U3117235 | 5120 | 20 | 8.4.22 | 500 | 50,000 | A718311 | |
| 4. | S×1U313255.9 | 4920 | 20 | 8.4.22 | 500 | 50,000 | A718312 | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| 7. | | | | | | | | |
| 8. | | | | | | | | |
| 9. | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |

**Tab 2**



# Booking Confirmation

8/11/22  MLEGUTI

```
BOOKING DATE  . . :   8/10/22 @ 11:31:38      BOOKING ORDER . :  HOU 7285482 A
BOOKED BY . . . . :   Alfred Gutierrez
                                             CUSTOMER REF  . :  10029027

SHIPPER . . . . . :   NATIONAL SHIPPING OF AMERICA INC (595102)
CONTACT . . . . . :   Torey
                      415/956-9356


PORT OF LOADING . :   HOUSTON, TX, UNITED STATES
PORT OF DISCHARGE :   KINGSTON, JAMAICA
DESTINATION . . . :   KINGSTON, JAMAICA
```

| ITINERARY | VOYAGE | POL | POD | EST SAIL | EST ARRIVAL | OFC BOOKING |
|---|---|---|---|---|---|---|
| | SEABOARD PIONEER 115 | HOU | KGT | 8/14/22 | 8/18/22 | HOU 7285482 A |

```
ORDER TYPE  . . . :   Full Load
MOVE TYPE . . . . :   YARD/YARD

COMMODITY . . . . :   SOE BO: 10029027 (BULGAR WHEAT IN BAGS)
CARGO CUT-OFF DATE:   8/12/22
PRICING REFERENCE :   TLI 8716-00-0009-1043
```

| LINE | EQUIPMENT | REQ SIZE | REQ TYPE | REQ CLASS | BOND? | HAZ? | REEFER STATUS | POUNDS | METRIC TONS | TARE WEIGHT(lbs) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RFCU 217521 4 | 20 | DRY | CON | | | | 41640.00 | 18.88 | 4850.00 |
| 2 | TGBU 202556 0 | 20 | DRY | CON | | | | 41470.00 | 18.81 | 4680.00 |
| 3 | TEMU 504200 4 | 20 | DRY | CON | | | | 41640.00 | 18.88 | 4850.00 |
| 4 | MAGU 233326 3 | 20 | DRY | CON | | | | 41660.00 | 18.89 | 4870.00 |
| 5 | TEMU 158141 4 | 20 | DRY | CON | | | | 41470.00 | 18.81 | 4680.00 |
| 6 | SDDU 200065 0 | 20 | DRY | CON | | | | 41640.00 | 18.88 | 4850.00 |
| 7 | TGBU 203619 0 | 20 | DRY | CON | | | | 41470.00 | 18.81 | 4680.00 |
| 8 | TEMU 158110 0 | 20 | DRY | CON | | | | 41470.00 | 18.81 | 4680.00 |
| 9 | SDDU 200013 5 | 20 | DRY | CON | | | | 41750.00 | 18.93 | 4850.00 |
| 10 | TEMU 354794 9 | 20 | DRY | CON | | | | 41750.00 | 18.93 | 4850.00 |
| 11 | TGHU 179996 4 | 20 | DRY | CON | | | | 41529.00 | 18.83 | 4850.00 |
| 12 | TEMU 534843 7 | 20 | DRY | CON | | | | 42082.00 | 19.08 | 4850.00 |
| 13 | RFCU 223927 9 | 20 | DRY | CON | | | | 42082.00 | 19.08 | 4850.00 |
| 14 | TGBU 203820 6 | 20 | DRY | CON | | | | 41912.00 | 19.01 | 4680.00 |
| 15 | GAOU 223402 0 | 20 | DRY | CON | | | | 41902.00 | 19.00 | 4670.00 |
| 16 | TGBU 202508 7 | 20 | DRY | CON | | | | 41912.00 | 19.01 | 4680.00 |
| 17 | GAOU 223039 0 | 20 | DRY | CON | | | | 41902.00 | 19.00 | 4670.00 |
| 18 | TGBU 202547 2 | 20 | DRY | CON | | | | 41912.00 | 19.01 | 4680.00 |
| 19 | RFCU 220161 1 | 20 | DRY | CON | | | | 41992.00 | 19.04 | 4760.00 |
| 20 | TEMU 373321 8 | 20 | DRY | CON | | | | 42082.00 | 19.08 | 4850.00 |
| 21 | RFCU 220377 0 | 20 | DRY | CON | | | | 41992.00 | 19.04 | 4760.00 |
| 22 | SEGU 216535 4 | 20 | DRY | CON | | | | 42042.00 | 19.07 | 4810.00 |
| 23 | TGBU 203929 1 | 20 | DRY | CON | | | | 41912.00 | 19.01 | 4680.00 |
| 24 | TEMU 280483 1 | 20 | DRY | CON | | | | 42082.00 | 19.08 | 4850.00 |
| 25 | SDDU 200034 6 | 20 | DRY | CON | | | | 42082.00 | 19.08 | 4850.00 |
| 26 | RFCU 224913 2 | 20 | DRY | CON | | | | 42082.00 | 19.08 | 4850.00 |
| 27 | MAGU 221821 2 | 20 | DRY | CON | | | | 42082.00 | 19.08 | 4850.00 |
| 28 | GAOU 223456 5 | 20 | DRY | CON | | | | 41902.00 | 19.00 | 4670.00 |
| 29 | GAOU 223442 0 | 20 | DRY | CON | | | | 41902.00 | 19.00 | 4670.00 |
| 30 | GAOU 223116 5 | 20 | DRY | CON | | | | 41460.00 | 18.80 | 4670.00 |

```
                              EQUIPMENT:    30      1254805.00      569.01
```

**Tab 3**

**NATIONAL** SHIPPING OF AMERICA

**BOOKING CONFIRMATION**

## 10029027

NATIONAL SHIPPING OF AMERICA
C/O Norton Lilly International
9485 Regency Square Blvd.,
Suite 410
Jacksonville, FL. 32225

| Reference **TRANSLOAD** Service Contract | | Booked by: MICHELLE (05/12/2022 @ 11:09 AM) Bill to: |
|---|---|---|
| Job Number: **00122016-02** | Spot **P/P** | Origin: **HOUSTON, TX, USA** |
| Line: **NATIONAL SHIPPING OF AMERICA** | | Loading: **HOUSTON, TX, USA** |
| Vessel: **NATIONAL GLORY** | Departure: **08/03/2022** | Discharge: **PORT AU PRINCE, HAITI** |
| Voyage: **235SB** | Arrival: **08/12/2022** | Final Dest: **PORT AU PRINCE, HAITI** |
| Attention: **OBAID** | | Trucker: **NOT AVAILABLE.** |
| Phone: | | Yard: **JACINTOPORT** |

Shipper: **2091-0**
**WORLD FOOD PROGRAMME**
**VIA CESARE GIULIO VIOLA 68**
**PARCO DEI MEDICI**
**ROME, IT. 00148**

Forwarder: **1198-3**
**GEODIS USA LLC**
**75 NORTHFIELD AVENUE**
**EDISON, NJ. 08837**

Shipper Ref: **PO# 421000606451**

Forwarder Ref: **TBA**

Consignee: **1412-1**
**PROGRAMME ALIMENTAIRE MONDIAL**
**KARIBE CONVENTION CENTER**
**(HOTEL KARIBE)**
**JUVENAT 7, PETION VILLE**
**PORT-AU-PRINCE, HT.**

Notify: **2234-0**
**AGENCE DE SUPERVISION ET DE**
**CONTROLE SA (ASC SA)**
**30, ANGLE DES RUES FERNAND ET**
**FAUSTIN 1ER, BAS DU CANAPE-VERT**
**PORT-AU-PRINCE, HT. BP.1698 HT**

| Qty. Eqp. | Spotting Date / Time | Move | Spotting Instructions / Remarks | Temperature |
|---|---|---|---|---|
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |
| 1 X 20ST | | P/P | BULGAR | |



*(handwritten)* 421000606164-5 (19)
6402
421000606065-2 (11)
3,666

30 x 20'

18 x 33T 6066
1 x 33T 3570   6067
6402

3 x 334 = 1002
8 x 333 = 2664
3666

| Printed by: **FRANS** | On Station: **139** | Page: **1** | Printed on: **07/21/2022 @ 04:55 pm** |
|---|---|---|---|

**Tab 3**



**NATIONAL** SHIPPING OF AMERICA

**BOOKING CONFIRMATION**

**10029027**

NATIONAL SHIPPING OF AMERICA
C/O Norton Lilly International
9485 Regency Square Blvd.,
Suite 410
Jacksonville, FL. 32225

Reference **TRANSLOAD**   Service Contract

Job Number: 00122016-02

| | Spot **P/P** | Booked by: MICHELLE (05/12/2022 @ 11:09 AM) Bill to: |
|---|---|---|

Line: **NATIONAL SHIPPING OF AMERICA**
Vessel: **NATIONAL GLORY**   Departure: **08/03/2022**
Voyage: **235SB**   Arrival: **08/12/2022**

Attention: **OBAID**
Phone:

Origin: HOUSTON, TX, USA
Loading: HOUSTON, TX, USA
Discharge: PORT AU PRINCE, HAITI
Final Dest: PORT AU PRINCE, HAITI

Trucker: .NOT AVAILABLE.
Yard: JACINTOPORT

Shipper:   **2091-0**
**WORLD FOOD PROGRAMME**
**VIA CESARE GIULIO VIOLA 68**
**PARCO DEI MEDICI**
**ROME, IT.  00148**

Forwarder:   **1198-3**
**GEODIS USA LLC**
**75 NORTHFIELD AVENUE**
**EDISON, NJ.  08837**

Shipper Ref:   PO# 421000606451

Forwarder Ref:   TBA

Consignee:   **1412-1**
**PROGRAMME ALIMENTAIRE MONDIAL**
**KARIBE CONVENTION CENTER**
**(HOTEL KARIBE)**
**JUVENAT 7, PETION VILLE**
**PORT-AU-PRINCE, HT.**

Notify:   **2234-0**
**AGENCE DE SUPERVISION ET DE**
**CONTROLE SA (ASC SA)**
**30, ANGLE DES RUES FERNAND ET**
**FAUSTIN 1ER, BAS DU CANAPE-VERT**
**PORT-AU-PRINCE, HT.  BP.1698 HT**

| Qty. Eqp. | Spotting Date / Time | Move | Spotting Instructions / Remarks | Temperature |
|---|---|---|---|---|
| 1 X 20ST | | P/P | BULGAR | |

NOTES, COMMENTS AND INSTRUCTIONS

ADM-PO# 4210006064-5-1(6400 BAGS) BUNGE MILLING- PO# 4210006065-1-1 (4800 BAGS)

**BOOKING CANCELLATION FEE:**
At the request of the Shipper to cancel a shipment booking less than 72 hours before the vessel cut-off date,
the Shipper will be charged a booking cancellation fee of $250.00 per container.

For San Juan Chassis Rental Ballot Information please contact Marine Asset Management (MAM) office at 787-273-1441

To purchase security and terminal maintenance tickets please contact LEVANTA office at 787-620-6651 or send an email to
customersupport@levantapr.com.

*** NOTIFICATION, DISCHARGE AND DELIVERY ***
Any mention in the bill of lading of parties to be notified of the arrival of the Goods is solely for information of the
Carrier. Failure to give such notification shall not involve the Carrier in any liability nor relieve the Merchant
of any obligation hereunder.

For pickup and delivery of containers:
Houston Terminal
Jacintoport
16203 Peninsula Street
Houston, TX 77015
Tel: 713 673 7000
Fax: 713 673 7301
www.jacintoport.com
Gate Hours

**Tab 3**



# BOOKING CONFIRMATION
# 10029027

NATIONAL SHIPPING OF AMERICA
C/O Norton Lilly International
9485 Regency Square Blvd.,
Suite 410
Jacksonville, FL. 32225

| Reference TRANSLOAD | Service Contract | | Booked by: MICHELLE (05/12/2022 @ 11:09 AM) Bill to: |
|---|---|---|---|
| Job Number: 00122016-02 | | Spot P/P | Origin: HOUSTON, TX, USA |
| Line: NATIONAL SHIPPING OF AMERICA | | | Loading: HOUSTON, TX, USA |
| Vessel: NATIONAL GLORY | | Departure: 08/03/2022 | Discharge: PORT AU PRINCE, HAITI |
| Voyage: 235SB | | Arrival: 08/12/2022 | Final Dest: PORT AU PRINCE, HAITI |
| Attention: OBAID | | | Trucker: .NOT AVAILABLE. |
| Phone: | | | Yard: JACINTOPORT |

| Shipper: 2091-0 | Forwarder: 1198-3 |
|---|---|
| WORLD FOOD PROGRAMME | GEODIS USA LLC |
| VIA CESARE GIULIO VIOLA 68 | 75 NORTHFIELD AVENUE |
| PARCO DEI MEDICI | EDISON, NJ. 08837 |
| ROME, IT. 00148 | |
| | |
| Shipper Ref: PO# 421000606451 | Forwarder Ref: TBA |

| Consignee: 1412-1 | Notify: 2234-0 |
|---|---|
| PROGRAMME ALIMENTAIRE MONDIAL | AGENCE DE SUPERVISION ET DE |
| KARIBE CONVENTION CENTER | CONTROLE SA (ASC SA) |
| (HOTEL KARIBE) | 30, ANGLE DES RUES FERNAND ET |
| JUVENAT 7, PETION VILLE | FAUSTIN 1ER, BAS DU CANAPE-VERT |
| PORT-AU-PRINCE, HT. | PORT-AU-PRINCE, HT. BP.1698 HT |

| Qty. Eqp. | Spotting Date / Time | Move | Spotting Instructions / Remarks | Temperature |
|---|---|---|---|---|

MON to FRI      8:00 am to 5:00 pm
Hazardous Cargo Cutoff: 12:00 pm, Tuesday before Departure Date
Cargo and Documentation Cutoff: 4:00 pm, Tuesday before Departure Date

Tab 3

Peanut

| LAST NAME | FIRST NAME | CONTAINER NUMBER | # OF BAGS | IN OUT TIME | TRUCK NUMBER | IN OUT TIME | RAILCAR NUMBER | IN OUT TIME |
|---|---|---|---|---|---|---|---|---|
| **DATE: 08/10/22** | | | | | | | | |
| Chavez | Ismael | TGBU203820-6 | 355 | 8:00 | 110 LB | | 12 CONT | |
| Gonzalez | Pedro | CMCU223907-C | 375 | 8:00 | 110LB | | | |
| Rivera | Reyes | TCKU20250N-9 | 355 | 9:00 | 110LB | | | |
| Aguirre | Noe | REGU313321-8 | 355 | 8:20 | 110LB | | | |
| R Sierra | Gabriel | REGU313321-8 | 355 | 8:32 | 110LB | | | |
| | | SNKU000341-6 | 355 | 8:48 | 110LB | | | |
| | | TEMU313321-8 | 355 | 8:32 | 110LB | | | |
| | | REGU2203-10 | 355 | 8:48 | 110LB | | | |
| | | RFCU22409-32 | 355 | 9:00 | 110LB | | | |
| | | ONGU221892 | 355 | 10:30 | 110LB | | | |
| | | FCIU470230 | 3,000 | 8:35 | 110LB | | | |
| | | TRIU25268090 | 1,000 | 11:31 | 110LB | | | |

SUPERVISOR _____

# JACÎNTO PORT
### INTERNATIONAL LLC
**Summary of Cargo – Stuffed into Containers**

Customer/Container Line: **NATIONAL SHIPPING**  Booking No: **HOU7285482A**
Port of Discharge: **Kingston, Jamaica**  Total Number of Bags: **6402**
Vessel Name: **SB Pioneer V.115**  PO No: **421000 6064-5**
Product: **Bulgur Wheat**  Damages: **3**

| | Container no. | Tare Wt. | Size | Date | Qty. | Product Wt. | Seal No. | Notes |
|---|---|---|---|---|---|---|---|---|
| 1. | TEMU534843-7 | 4850 | 20 | 8-10-22 | 337 | 37232 | A718329 | |
| 2. | RFCU223027-9 | 4850 | | | | | A718330 | |
| 3. | TGHU203820-6 | 4680 | | | | | A718331 | |
| 4. | GAOU223402-0 | 4670 | | | | | A718332 | |
| 5. | TGBU202508-3 | 4680 | | | | | A718333 | |
| 6. | GAOU223039-0 | 4670 | | | | | A718334 | |
| 7. | TGBU202547-2 | 4680 | | | | | A718335 | |
| 8. | RFCU220161-1 | 4760 | | | | | A718336 | |
| 9. | TEMU373321-8 | 4850 | | | | | A718337 | |
| 10 | RFCU220377-0 | 4760 | | | | | A718338 | |
| 11 | SEGU211535-4 | 4810 | | | | | A718339 | |
| 12 | TGBU203929-1 | 4680 | | | | | A718340 | |
| 13 | TEMU280483-1 | 4850 | | | | | A718341 | |
| 14 | SNBU200084-6 | 4850 | | | | | A718342 | |
| 15 | RFCU220495-2 | 4850 | | | | | A718343 | |
| 16 | HASU227821-2 | 4850 | | | | | A718344 | |
| 17 | GAOU223456-5 | 4670 | | | | | A718345 | |
| 18 | GAOU223442-0 | 4670 | ↓ | ↓ | 337 | 37232 | A718346 | |
| 19 | GAOU223116-5 | 4670 | 20 | 8-10-22 | 323 | 36790 | A718347 | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |

Tab 3

**SHIPMENT PICK SLIP**

Shipment No: 228236

Customer: NATIONAL SHIPPING of AMERICA

Carrier: NATIONAL SHIPPIN

Order No: 87024
Cust Order: 10029027
Booking: 10029027
Load Type: LooseLoad
Request Date: 08/09/2022

---

CONTAINER/TRAILER INSPECTED: _IGRU 2G3820-6_ _5/A71833_

| Staged By: | | Staging Area: | | Loaded By: | | Date Loaded: 8/10/2022 |
|---|---|---|---|---|---|---|

Trailer No:          Door No:      PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|---|---|---|---|---|---|---|
| 100606 | 4210006064-5 | 337 | BAG | 37,231.76 | b021 | Grain Warehouse |
| TOTAL | | 337 | | 37,231.76 | | |

Tab 3

**SHIPMENT PICK SLIP**

Shipment No: 228237

Page 1 of 1

Customer: NATIONAL SHIPPING of AMERICA

Carrier: NATIONAL SHIPPIN

Order No: 87024
Cust Order: 10029027
Booking: 10029027
Load Type: LooseLoad
Request Date: 08/09/2022

CONTAINER/TRAILER INSPECTED: GAOU 223402-0 S/A718332

| | | | | | | |
|---|---|---|---|---|---|---|
| Staged By: _____ | Staging Area: _____ | | Loaded By: _____ | | Date Loaded: 8/10/22 | |

Trailer No: _____ Door No: PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|------|-----|-----|-----|--------|----------|------|
| 100606 | 4210006064-5 | 337 | BAG | 37,231.76 | b021 | Grain Warehouse |
| TOTAL | | 337 | | 37,231.76 | | |

Tab 3

Customer: NATIONAL SHIPPING of AMERICA

Carrier: NATIONAL SHIPPIN

Order No: 87024
Cust Order: 10029027
Booking: 10029027
Load Type: LooseLoad
Request Date: 08/09/2022

CONTAINER/TRAILER INSPECTED: TGBU 202547-2 5 A 718335

| | | | | | | |
|---|---|---|---|---|---|---|
| Staged By: | | Staging Area: | | Loaded By: | | Date Loaded: 8/10/22 |
| Trailer No: | | | Door No: PAD | | | |

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|---|---|---|---|---|---|---|
| 100606 | 4210006064-5 | 337 | BAG | 37,231.76 | b021 | Grain Warehouse |
| TOTAL | | 337 | | 37,231.76 | | |

Tab 3

## SHIPMENT PICK SLIP

Shipment No: 228242

Customer: NATIONAL SHIPPING of AMERICA

Carrier: NATIONAL SHIPPIN

Order No: 87024
Cust Order: 10029027
Booking: 10029027
Load Type: LooseLoad
Request Date: 08/09/2022

---

CONTAINER/TRAILER INSPECTED: _TCLU  373321-8  S/ A718337_

Staged By: _____ Staging Area: _____ Loaded By: _____ Date Loaded: _8/10/22_

Trailer No:  Door No: PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|------|-----|-----|-----|--------|----------|------|
| 100606 | 4210006064-5 | 337 | BAG | 37,231.76 | b021 | Grain Warehouse |
| TOTAL | | 337 | | 37,231.76 | | |

**Tab 3**

## SHIPMENT PICK SLIP

Shipment No: 228243

Customer: NATIONAL SHIPPING of AMERICA

Carrier: NATIONAL SHIPPIN

Order No: 87024
Cust Order: 10029027
Booking: 10029027
Load Type: LooseLoad
Request Date: 08/09/2022

---

CONTAINER/TRAILER INSPECTED: RFCU 220377-0    S/ A719338

Staged By: _____    Staging Area: _____    Loaded By: _____    Date Loaded: 8/10/22

Trailer No:    Door No:    PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|------|-----|-----|-----|--------|----------|------|
| 100606 | 4210006064-5 | 337 | BAG | 37,231.76 | b021 | Grain Warehouse |
| TOTAL | | 337 | | 37,231.76 | | |

Tab 3

**SHIPMENT PICK SLIP**

Shipment No: 228246

Customer: NATIONAL SHIPPING of AMERICA

Carrier: NATIONAL SHIPPIN

Order No: 87024
Cust Order: 10029027
Booking: 10029027
Load Type: LooseLoad
Request Date: 08/09/2022

CONTAINER/TRAILER INSPECTED: TEMU 280483-1  S/ A718341

| Staged By: | Staging Area: | | Loaded By: | Date Loaded: 8/10/22 |
|---|---|---|---|---|

Trailer No:                    Door No:    PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|---|---|---|---|---|---|---|
| 100606 | 4210006064-5 | 337 | BAG | 37,231.76 | b021 | Grain Warehouse |
| TOTAL | | 337 | | 37,231.76 | | |

Tab 3

**SHIPMENT PICK SLIP**

Shipment No:     228247

Customer: NATIONAL SHIPPING of AMERICA

Carrier: NATIONAL SHIPPIN

Order No: 87024
Cust Order: 10029027
Booking: 10029027
Load Type: LooseLoad
Request Date: 08/09/2022

CONTAINER/TRAILER INSPECTED: SDDU 2000 346 5/ A718342

| Staged By: | Staging Area: | | Loaded By: | | Date Loaded: 8/10/22 |

Trailer No:     Door No:   PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|------|-----|-----|-----|--------|----------|------|
| 100606 | 4210006064-5 | 337 | BAG | 37,231.76 | b021 | Grain Warehouse |
| **TOTAL** | | 337 | | 37,231.76 | | |

Tab 3

Shipment No:  228248

Customer: NATIONAL SHIPPING of AMERICA

Carrier: NATIONAL SHIPPIN

Order No: 87024
Cust Order:  10029027
Booking: 10029027
Load Type: LooseLoad
Request Date: 08/09/2022

---

CONTAINER/TRAILER INSPECTED:  AFCU 224913-2   S/  A718343.

| Staged By: | Staging Area: | | Loaded By: | | Date Loaded: | 3/10/22 |
|---|---|---|---|---|---|---|
| Trailer No: | | Door No: | PAD | | | |
| Special Instructions: | | | | | | |
| REMARKS: | | | | | | |

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|---|---|---|---|---|---|---|
| 100606 | 4210006064-5 | 337 | BAG | 37,231.76 | b021 | Grain Warehouse |
| TOTAL | | 337 | | 37,231.76 | | |

**Tab 3**

**SHIPMENT PICK SLIP**

Shipment No: 228249

Customer: NATIONAL SHIPPING of AMERICA

Carrier: NATIONAL SHIPPIN

Order No: 87024
Cust Order: 10029027
Booking: 10029027
Load Type: LooseLoad
Request Date: 08/09/2022

CONTAINER/TRAILER INSPECTED: MHGV 221821-2  S/ A718344

Staged By: _____  Staging Area: _____  Loaded By: _____  Date Loaded: 8/10/22

Trailer No:                    Door No:    PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|------|-----|-----|-----|--------|----------|------|
| 100606 | 4210006064-5 | 337 | BAG | 37,231.76 | b021 | Grain Warehouse |
| TOTAL | | 337 | | 37,231.76 | | |

Tab 3

Delmar

**DATE: 08/05/22**

| LAST NAME | FIRST NAME | CONTAINER NUMBER | # OF BAGS | IN OUT TIME | TRUCK NUMBER | IN OUT TIME | RAILCAR NUMBER |
|---|---|---|---|---|---|---|---|
| Chavez | Ismael | bmlu312112.3 | 500 | | 100LB | | |
| Ramirez | Mario | PFAU21750.1-4 | 533 | | 110LB | | |
| Rivera | Reyes | MCGU235532604 | 533 | 9:00 | 110LB | | |
| Coronal | Jose | EMU1581614-4 | 533 | | 110LB | | |
| Rivera | Gabriel | TEMU158010.0 | 533 | 10:08 | 110LB | | |
| | | TCNU200135 | 3534 | 10:5 | 110LB | | |
| | | TGIU17090104 | 3534 | 10:57 | 110LB | | |
| | | | 332 | 11:41 | 110LB | | |

SUPERVISOR:

Tab 3



**JACINTO PORT**
INTERNATIONAL LLC

**Summary of Cargo – Stuffed into Containers**

Customer/Container Line: National Shipping   Booking No: HOU7285482A
Port of Discharge: Kingston, Jamaica   Total Number of Bags: 3666
Vessel Name: SB Pioneer V. 115   PO No: 421000606S-2
Product: Bulgur Wheat   Damages: 2

| | Container no. | Tare Wt. | Size | Date | Qty. | Product Wt. | Seal No. | Notes |
|---|---|---|---|---|---|---|---|---|
| 1. | RFCU 217521-4 | 4850 | 20 | 8.5.22 | 333 | 36790 | A718317 | |
| 2. | TGBU 202556.0 | 4680 | | | | | A718318 | |
| 3. | TGHU 504200.4 | 4850 | | | | | A718319 | |
| 4. | MAEU 233326.3 | 4870 | | | | | A718320 | |
| 5. | TGHU 158141-4 | 4680 | | | | | A718321 | |
| 6. | SDDU 200065.0 | 4850 | | | | | A718322 | |
| 7. | TGBU 203619-0 | 4680 | | | | | A718323 | |
| 8. | YGHU 158110.0 | 4680 | | | 333 | 36790 | A718324 | |
| 9. | SDDU 200003.5 | 4850 | | | 334 | 36900 | A718325 | |
| 10. | TGHU 254379U.0 | 4850 | | | 334 | 36900 | A718326 | |
| 11. | TGHU 139996.4 | 4850 | 20 | 8.5.22 | 332 | 36670 | A718327 | |
| 12. | | | | | | | | |
| 13. | | | | | | | 50 Empty | |
| 14. | | | | | | | Bags | |
| 15. | | | | | | | | |
| 16. | | | | | | | | |
| 17. | | | | | | | | |
| 18. | | | | | | | | |
| 19. | | | | | | | | |
| 20. | | | | | | | | |
| 21. | | | | | | | | |
| 22. | | | | | | | | |
| 23. | | | | | | | | |
| 24. | | | | | | | | |
| 25. | | | | | | | | |
| 26. | | | | | | | | |
| 27. | | | | | | | | |
| 28. | | | | | | | | |
| 29. | | | | | | | | |
| 30. | | | | | | | | |

**Tab 3**

**SHIPMENT PICK SLIP**

Shipment No: 228191

Customer: NATIONAL SHIPPING of AMERICA

Carrier: NATIONAL SHIPPIN

Order No: 87021
Cust Order: 10029027
Booking: 10029027
Load Type: LooseLoad
Request Date: 08/17/2022

---

CONTAINER/TRAILER INSPECTED: RFCU217521-4     Seal # A7116319

| Staged By: | Staging Area: | | Loaded By: | | Date Loaded: 8-5-22 |
|---|---|---|---|---|---|

Trailer No:                    Door No:     PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|---|---|---|---|---|---|---|
| 100606 | 4210006065-2 | 333 | BAG | 36,789.84 | B019 | Grain Warehouse |
| TOTAL | | 333 | | 36,789.84 | | |

**Tab 3**

**SHIPMENT PICK SLIP**

Shipment No: 228195

Customer: NATIONAL SHIPPING of AMERICA

Carrier: NATIONAL SHIPPIN

Order No: 87021
Cust Order: 10029027
Booking: 10029027
Load Type: LooseLoad
Request Date: 08/17/2022

---

CONTAINER/TRAILER INSPECTED: ~~TFNU 158141-4~~    Seal #A718321

| Staged By: | Staging Area: | | Loaded By: | | Date Loaded: 8.5.22 |
|---|---|---|---|---|---|

Trailer No:    Door No:    PAD

Special Instructions:

REMARKS:

---

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|---|---|---|---|---|---|---|
| 100606 | 4210006065-2 | 333 | BAG | 36,789.84 | B019 | Grain Warehouse |
| TOTAL | | 333 | | 36,789.84 | | |

Tab 3

**SHIPMENT PICK SLIP**

Shipment No:     228198

Customer: NATIONAL SHIPPING of AMERICA

Carrier: NATIONAL SHIPPIN

Order No: 87021
Cust Order: 10029027
Booking: 10029027
Load Type: LooseLoad
Request Date: 08/17/2022

CONTAINER/TRAILER INSPECTED: TRRNIS8110.0     Seal # A7IE324

| Staged By: | | Staging Area: | | Loaded By: | | Date Loaded: | 8-5-22 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trailer No: | | Door No: | PAD | | | | |

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
| --- | --- | --- | --- | --- | --- | --- |
| 100606 | 4210006065-2 | 333 | BAG | 36,789.84 | B019 | Grain Warehouse |
| TOTAL | | 333 | | 36,789.84 | | |

**Tab 3**

Customer: NATIONAL SHIPPING of AMERICA

Carrier: NATIONAL SHIPPIN

Order No: 87021
Cust Order: 10029027
Booking: 10029027
Load Type: LooseLoad
Request Date: 08/17/2022

CONTAINER/TRAILER INSPECTED: ~~SNSU 200013-8~~        ~~Seal #A718325~~

| Staged By: | Staging Area: | | Loaded By: | | Date Loaded: 8.5.22 |

Trailer No:        Door No:    PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|------|-----|-----|-----|--------|----------|------|
| 100606 | 4210006065-2 | 334 | BAG | 36,900.32 | B019 | Grain Warehouse |
| TOTAL | | 334 | | 36,900.32 | | |

Tab 3

## SHIPMENT PICK SLIP

Shipment No:  228200

Customer: NATIONAL SHIPPING of AMERICA

Carrier: NATIONAL SHIPPIN

Order No: 87021
Cust Order: 10029027
Booking: 10029027
Load Type: LooseLoad
Request Date: 08/17/2022

CONTAINER/TRAILER INSPECTED: TEHU3547946-9        Seal #A7187326

| Staged By: | | Staging Area | | Loaded By: | | Date Loaded: 6-5-22 |
| Trailer No: | | Door No: | PAD | | | |

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|------|-----|-----|-----|--------|----------|------|
| 100606 | 4210006065-2 | 334 | BAG | 36,900.32 | B019 | Grain Warehouse |
| TOTAL | | 334 | | 36,900.32 | | |

Tab 3

Shipment No: 228201

Customer: NATIONAL SHIPPING of AMERICA

Carrier: NATIONAL SHIPPIN

Order No: 87021
Cust Order: 10029027
Booking: 10029027
Load Type: LooseLoad
Request Date: 08/17/2022

CONTAINER/TRAILER INSPECTED: _IGITU 179906-4_    _Seal #A710327_

Staged By: _____ Staging Area: _____ Loaded By: _____    Date Loaded: _8-5-22_

Trailer No:                   Door No:    PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|------|-----|-----|-----|--------|----------|------|
| 100606 | 4210006065-2 | 334 | BAG | 36,900.32 | B019 | Grain Warehouse |
| TOTAL | | 334 | | 36,900.32 | | |

332

Tab 3


9/08/23MLSSANT

BOOKING DATE  . . :  7/18/22 @ 16:37:38
BOOKED BY . . . . : SHIRLEY ROBILLARD

BOOKING ORDER . . :  CAN 7249808 A

FORWARDER . . . . : CFT CORPORATION (241537)
CONTACT . . . . . : LARRY
                    905/829-5252

ORIGIN . . . . . . : HOUSTON, TX, UNITED STATES
PORT OF LOADING . : HOUSTON, TX, UNITED STATES
PORT OF DISCHARGE : KINGSTON, JAMAICA
DESTINATION . . . : RIO HAINA, D.R., DOMINICAN REPUBLIC

| ITINERARY | VOYAGE | POL | POD | EST SAIL | EST ARRIVAL | OFC BOOKING |
|---|---|---|---|---|---|---|
| | SEABOARD PIONEER 115 | HOU | KGT | 8/15/22 | 8/20/22 | CAN 7249808 A |
| | AS PAULINE 32 | KGT | RHA | 8/23/22 | 8/24/22 | KGT 7273522 A |

ORDER TYPE  . . . : Pull Load
MOVE TYPE . . . . : STATION/YARD

COMMODITY . . . . : BEANS/FOODGRADE REQ 6000 BAGS STUFFED/CNTR 12 X 20
CARGO CUT-OFF DATE: 8/12/22
PRICING REFERENCE : TLI 1901-00-0000-1707

| LINE | EQUIPMENT | REQ SIZE | REQ TYPE | REQ CLASS | BOND? | HAZ? | REEFER STATUS | POUNDS | METRIC TONS | TARE WEIGHT(lbs) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SMLU 311580 2 | 20 | DRY | CON | | | | 55120.00 | 25.00 | 5120.00 |
| 2 | SMLU 311534 0 | 20 | DRY | CON | | | | 55120.00 | 25.00 | 5120.00 |
| 3 | SMLU 314578 8 | 20 | DRY | CON | | | | 54980.00 | 24.93 | 4980.00 |
| 4 | SMLU 314137 6 | 20 | DRY | CON | | | | 54920.00 | 24.91 | 4920.00 |
| 5 | SMLU 312762 9 | 20 | DRY | CON | | | | 54920.00 | 24.91 | 4920.00 |
| 6 | SMLU 313286 2 | 20 | DRY | CON | | | | 54920.00 | 24.91 | 4920.00 |
| 7 | TCKU 204886 9 | 20 | DRY | CON | | | | 54810.00 | 24.86 | 4810.00 |
| 8 | BECU 319021 1 | 20 | DRY | CON | | | | 54700.00 | 24.81 | 4700.00 |
| 9 | SMLU 312901 0 | 20 | DRY | CON | | | | 54920.00 | 24.91 | 4920.00 |
| 10 | SMLU 310082 3 | 20 | DRY | CON | | | | 55120.00 | 25.00 | 5120.00 |
| 11 | SMLU 312193 4 | 20 | DRY | CON | | | | 54980.00 | 24.93 | 4980.00 |
| 12 | DFSU 126016 1 | 20 | DRY | CON | | | | 54760.00 | 24.83 | 4760.00 |
| | | | | | | EQUIPMENT: | 12 | 659270.00 | 299.00 | |

BOOKING COMMENTS  : EMAIL: lroache@cftcorp.com
                    EQUIPMENT: 12 x 20'DRY CONTAINERS (FOODGRADE)
                    500 x 100 lb bags PER 20' CONTAINER
                    BOXCAR: TBOX662519   6000 LBS        ETA:  07/29
                           BNSF761230
                           BNSF761249
                    RATES AS QUOTED
                    SUJECT TO EQUIPMENT/SPACE & VESSEL AVAILABILITY
                    THANK YOU FOR YOUR SUPPORT
                    Rollover from Voy SPD 115 to SIO 115 by MBSROBI.

CUSTOMER ALERT:
PLEASE BE ADVISED THAT DUE TO US CUSTOMS ENFORCING A NO DOCS, NO LOAD POLICY
FOR ALL EXPORTS FROM THE USA, ANY PRESENTATION OF LATE DOCUMENTATION WILL
RESULT IN YOUR CARGO NOT BEING LOADED AND/OR PENALTIES AND FINES.

Tab 4

Delmy K.

This is

| DATE: 08/11/22 | | | | | | | |
|---|---|---|---|---|---|---|---|
| LAST NAME | FIRST NAME | CONTAINER NUMBER | # OF BAGS | IN OUT TIME | TRUCK NUMBER | IN OUT TIME | RAILCAR NUMBER |
| Chavez | Ismael | Smlu312.380.8 | 500 | 11:00 | 100LB | | 10 COUNT |
| Gonzalez | Pedro | Smlu312409.8 | 500 | 11:00 | 100LB | | |
| Rivera | Deves | Smlu315.80.2 | 500 | 11:59 | 100LB | | |
| Gonzabal | Jose | Smlu315.34.0 | 500 | 10:40 | 100LB | | |
| Rivera | Gaoriel | Smlu315.34.0 | 500 | 8:49 | 100LB | | |
| | | Tcku2048869 | 500 | 8:28 | 100LB | | |
| | | Bdteu319021.1 | 500 | 9:30 | 100LB | | |
| | | Smlu319193-4 | 500 | 12:0 | 100LB | | |
| | | Dfeu12100b-1 | 500 | 10:19 | 100LB | | |
| | | 6mlu314047.2 | 500 | | 100LB | | |
| | | 6mlu250650.45 | 500 | | 100LB | | |

SUPERVISOR_____



**JACINTO PORT INTERNATIONAL LLC**

**Summary of Cargo – Stuffed into Containers**

Customer/Container Line: CFT
Port of Discharge: RIO HAINA, DR
Vessel Name: SB Pioneer v. 115
Product: Pinto Beans

Booking No: CAN724980BA
Total Number of Bags: 6000
PO No: Private-980BA
Damages: Ø

| | Container no. | Tare Wt. | Size | Date | Qty. | Product Wt. | Seal No. | Notes |
|---|---|---|---|---|---|---|---|---|
| 1. | SMLU 311580.2 | 5120 | 20 | 8-11-22 | 500 | 50,000 | A718201 | BNSF |
| 2. | SMLU 311534.0 | 5120 | 20 | 8-11-22 | 500 | 50,000 | A718202 | 761230 |
| 3. | SMLU 314578.8 | 4980 | 20 | 8-11-22 | 500 | 50,000 | A718203 | |
| 4. | SMLU 314137.6 | 4920 | 20 | 8-11-22 | 500 | 50,000 | A718204 | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| 7. | SMLU 312762.9 | 4920 | 20 | 8-11-22 | 500 | 50,000 | A718205 | BNSF |
| 8. | SMLU 313286.2 | 4920 | 20 | 8-11-22 | 500 | 50,000 | A71826 | 761249 |
| 9. | TCKU 2048869 | 4810 | 20 | 8-11-22 | 500 | 50,000 | A718207 | |
| 10 | BHCU 319021.1 | 4700 | 20 | 8-11-22 | 500 | 50,000 | A718208 | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | SMLU 312901.0 | 4920 | 20 | 8-11-22 | 500 | 50,000 | A718209 | T Box |
| 14 | SMLU 3100823 | 5120 | 20 | 8-11-22 | 500 | 50,000 | A718210 | 662519 |
| 15 | SMLU 312193.4 | 4980 | 20 | 8-11-22 | 500 | 50,000 | A718211 | |
| 16 | DFSU 126016.1 | 4760 | 20 | 8-11-22 | 500 | 50,000 | A718212 | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |

**Tab 4**

**SHIPMENT PICK SLIP**

Shipment No: 228281

Customer: CFT CORP

Carrier: SEABOARD

Order No: 87029
Cust Order: CAN7249808A
Booking: CAN7249808A
Load Type: LooseLoad
Request Date: 08/12/2022

---

CONTAINER/TRAILER INSPECTED: SMlw 311580. 2    Seal #A718201

Staged By: _____    Staging Area: _____    Loaded By: _____    Date Loaded: 8.11.22

Trailer No:    Door No:    PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|------|-----|-----|-----|--------|----------|------|
| CFT-P BEANS-100 | CAN7249808A | 500 | BAG | 50,000.00 | a018 | Grain Warehouse |
| TOTAL | | 500 | | 50,000.00 | | |

Tab 4

Customer: CFT CORP

Carrier: SEABOARD

Order No: 87029
Cust Order: CAN7249808A
Booking: CAN7249808A
Load Type: LooseLoad
Request Date: 08/12/2022

---

CONTAINER/TRAILER INSPECTED: SMLW 311534-0      Seal # A718202

| Staged By: | Staging Area: | | Loaded By: | Date Loaded: 8.11.22 |

Trailer No:          Door No:    PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|------|-----|-----|-----|--------|----------|------|
| CFT-P BEANS-100 | CAN7249808A | 500 | BAG | 50,000.00 | A020 | Grain Warehouse |
| TOTAL | | 500 | | 50,000.00 | | |

Tab 4

Customer: CFT CORP

Carrier: SEABOARD

Order No: 87029
Cust Order:  CAN7249808A
Booking: CAN7249808A
Load Type: LooseLoad
Request Date: 08/12/2022

---

CONTAINER/TRAILER INSPECTED: TCKU 2048869    Seal # A718207

Staged By: _____  Staging Area: _____  Loaded By: _____  Date Loaded: 8-11-22

Trailer No:                          Door No:   PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|------|-----|-----|-----|--------|----------|------|
| CFT-P BEANS-100 | CAN7249808A | 500 | BAG | 50,000.00 | a018 | Grain Warehouse |
| TOTAL | | 500 | | 50,000.00 | | |

Tab 4

**SHIPMENT PICK SLIP**

Shipment No: 228288

Customer: CFT CORP

Carrier: SEABOARD

Order No: 87029
Cust Order: CAN7249808A
Booking: CAN7249808A
Load Type: LooseLoad
Request Date: 08/12/2022

---

CONTAINER/TRAILER INSPECTED: BHCU 319021.1     Seal # A718208

| Staged By: | Staging Area: | | Loaded By: | | Date Loaded: 8-11.22 |
|---|---|---|---|---|---|
| Trailer No: | Door No: | PAD | | | |

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|---|---|---|---|---|---|---|
| CFT-P BEANS-100 | CAN7249808A | 500 | BAG | 50,000.00 | A020 | Grain Warehouse |
| TOTAL | | 500 | | 50,000.00 | | |

Tab 4

**SHIPMENT PICK SLIP**

Shipment No: 228291

Customer: CFT CORP

Carrier: SEABOARD

Order No: 87029
Cust Order: CAN7249808A
Booking: CAN7249808A
Load Type: LooseLoad
Request Date: 08/12/2022

---

CONTAINER/TRAILER INSPECTED: SMU3121193-4        Seal # A71021

| Staged By: | | Staging Area: | | Loaded By: | | Date Loaded: | 8-11-22 |
|---|---|---|---|---|---|---|---|

Trailer No:                    Door No:    PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|---|---|---|---|---|---|---|
| CFT-P BEANS-100 | CAN7249808A | 500 | BAG | 50,000.00 | A020 | Grain Warehouse |
| TOTAL | | 500 | | 50,000.00 | | |

Tab 4

# SHIPMENT PICK SLIP

Shipment No: 228292

Customer: CFT CORP

Carrier: SEABOARD

Order No: 87029
Cust Order: CAN7249808A
Booking: CAN7249808A
Load Type: LooseLoad
Request Date: 08/12/2022

CONTAINER/TRAILER INSPECTED: DFSU 126016-1      Seal # A7160212

Staged By: _____ Staging Area: _____ Loaded By: _____ Date Loaded: 8-11-22

Trailer No: _____ Door No: PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|------|-----|-----|-----|--------|----------|------|
| CFT-P BEANS-100 | CAN7249808A | 500 | BAG | 50,000.00 | a1023 | Grain Warehouse |
| TOTAL | | 500 | | 50,000.00 | | |

**Tab 4**


9/08/23MLSSANT

BOOKING DATE  . . :  8/08/22 @ 12:08:10          BOOKING ORDER . :  CAN 7281116 A
BOOKED BY . . . . :  SHIRLEY ROBILLARD

FORWARDER . . . . :  CFT CORPORATION (241537)
CONTACT . . . . . :  LARRY
                     905/829-5292

ORIGIN  . . . . . :  HOUSTON, TX, UNITED STATES
PORT OF LOADING . :  HOUSTON, TX, UNITED STATES
PORT OF DISCHARGE :  KINGSTON, JAMAICA
DESTINATION . . . :  RIO HAINA, D.R., DOMINICAN REPUBLIC

| ITINERARY | VOYAGE | | POL | POD | EST SAIL | EST ARRIVAL | OFC BOOKING |
|---|---|---|---|---|---|---|---|
| | SEABOARD PIONEER 116 | | HOU | KGT | 9/01/22 | 9/07/22 | CAN 7281116 A |
| | AS FELICIA 48 | | KGT | RHA | 9/10/22 | 9/11/22 | KGT 7281129 A |

ORDER TYPE  . . . :  Full Load
MOVE TYPE . . . . :  STATION/YARD

COMMODITY . . . . :  BEANS/FOODGRADE REQ 6000 BAGS STUFFED/CNTR 12 X 20
CARGO CUT-OFF DATE:  8/24/22
PRICING REFERENCE :  TLI 1901-00-0000-1707

| LINE | EQUIPMENT | REQ SIZE | REQ TYPE | REQ CLASS | BOND? | HAZ? | REEFER STATUS | POUNDS | METRIC TONS | TARE WEIGHT(lbs) |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | SMLU 256417 8 | 20 | DRY | CON | | | | 55120.00 | 25.00 | 5120.00 |
| 14 | SMLU 257178 9 | 20 | DRY | CON | | | | 55120.00 | 25.00 | 5120.00 |
| 15 | SMLU 311413 3 | 20 | DRY | CON | | | | 55120.00 | 25.00 | 5120.00 |
| 16 | SMLU 311590 5 | 20 | DRY | CON | | | | 55120.00 | 25.00 | 5120.00 |
| 17 | CAXU 328640 0 | 20 | DRY | CON | | | | 54760.00 | 24.83 | 4760.00 |
| 18 | SMLU 314660 8 | 20 | DRY | CON | | | | 54980.00 | 24.93 | 4980.00 |
| 19 | TEMU 374542 0 | 20 | DRY | CON | | | | 54850.00 | 24.87 | 4850.00 |
| 20 | BHCU 320783 9 | 20 | DRY | CON | | | | 54740.00 | 24.83 | 4740.00 |
| 21 | SMLU 313375 0 | 20 | DRY | CON | | | | 54920.00 | 24.91 | 4920.00 |
| 22 | TEMU 547198 7 | 20 | DRY | CON | | | | 54850.00 | 24.87 | 4850.00 |
| 23 | SMLU 313097 8 | 20 | DRY | CON | | | | 54920.00 | 24.91 | 4920.00 |
| 24 | SMLU 313495 2 | 20 | DRY | CON | | | | 54980.00 | 24.93 | 4980.00 |
| | | | | EQUIPMENT: | 12 | | | 659480.00 | 299.08 | |

BOOKING COMMENTS  :  EMAIL: lroache@cftcorp.com
                     EQUIPMENT: 12 x 20'DRY CONTAINERS (CLEAN & DRY)
                     500 x 100 lb bags PER 20' CONTAINER
                     BOXCAR: BNSF761928   2000 BAGS         ETA: 08/15
                             BNSF761618   2000 BAGS         ETA: 08/15
                             BNSF761491   2000 BAGS         ETA: 08/15
                     RATES AS QUOTED
                     SUJECT TO EQUIPMENT/SPACE & VESSEL AVAILABILITY
                     THANK YOU FOR YOUR SUPPORT

CUSTOMER ALERT:
PLEASE BE ADVISED THAT DUE TO US CUSTOMS ENFORCING A NO DOCS, NO LOAD POLICY
FOR ALL EXPORTS FROM THE USA, ANY PRESENTATION OF LATE DOCUMENTATION WILL
RESULT IN YOUR CARGO NOT BEING LOADED AND/OR PENALTIES AND FINES.

**Tab 5**

**Delmu Leano**

| DATE: 08 /23 /22 | | | | | | |
|---|---|---|---|---|---|---|
| LAST NAME | FIRST NAME | CONTAINER NUMBER | # OF BAGS | IN OUT TIME | TRUCK NUMBER | RAILCAR NUMBER |
| Chavez | Ismael | Temu 3745542-0500 | 500 | 7.00 100LBS | | |
| Gomalez | Pedro | BHCU 320183.9 | 500 | 7.17 100LBS | | |
| Chavez | Elio | | 500 | 7.17 100LBS | | |
| Espirabal | Jose | smu 313315-0 | 500 | 7.17 100LBS | | |
| Rivera | Gabriel | Temu 547198 | 500 | 7.32 100LBS | | 4 CONT |

SUPERVISOR _____

Tab 5

Customer: CFT CORP

Carrier: SEABOARD

Order No: 87038
Cust Order: CAN7281116A
Booking: CAN7281116A
Load Type: LooseLoad
Request Date: 08/24/2022

CONTAINER/TRAILER INSPECTED: _TEMU374542-0_ _A718949_

| Staged By: | _____ | Staging Area: | _____ | Loaded By: | _____ | Date Loaded: | _8/23/22_ |

Trailer No: _____  Door No: PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|------|-----|-----|-----|--------|----------|------|
| CFT-P BEANS-100 | CAN7281116A | 500 | BAG | 50,000.00 | a008 | Grain Warehouse |
| **TOTAL** | | 500 | | 50,000.00 | | |

Tab 5

Customer: CFT CORP

Carrier: SEABOARD

Order No: 87038
Cust Order: CAN7281116A
Booking: CAN7281116A
Load Type: LooseLoad
Request Date: 08/24/2022

CONTAINER/TRAILER INSPECTED: BHCU 3207839                    A718950

| Staged By: | | Staging Area: | | Loaded By: | | Date Loaded: 8/23/22 |
|---|---|---|---|---|---|---|

Trailer No:                    Door No:    PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|---|---|---|---|---|---|---|
| CFT-P BEANS-100 | CAN7281116A | 500 | BAG | 50,000.00 | a012 | Grain Warehouse |
| TOTAL | | 500 | | 50,000.00 | | |

**Tab 5**

## SHIPMENT PICK SLIP

Shipment No:    228451

Customer:  CFT CORP

Carrier: SEABOARD

Order No: 87038
Cust Order:  CAN7281116A
Booking: CAN7281116A
Load Type: LooseLoad
Request Date: 08/24/2022

CONTAINER/TRAILER INSPECTED:  SMLU313375-0                A718801

Staged By: _____  Staging Area: _____  Loaded By: _____  Date Loaded:  8/23/22
Trailer No:                          Door No:    PAD
Special Instructions:
REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|------|-----|-----|-----|--------|----------|------|
| CFT-P BEANS-100 | CAN7281116A | 500 | BAG | 50,000.00 | a008 | Grain Warehouse |
| TOTAL | | 500 | | 50,000.00 | | |

**Tab 5**

Customer:  CFT CORP

Carrier: SEABOARD

Order No: 87038
Cust Order:  CAN7281116A
Booking: CAN7281116A
Load Type: LooseLoad
Request Date: 08/24/2022

CONTAINER/TRAILER INSPECTED:    *TEMU547198-7*          *4718802*

| Staged By: | _____ Staging Area: | _____ | Loaded By: | _____ | Date Loaded:  *8/23/22* |

Trailer No:                           Door No:    PAD

Special Instructions:

REMARKS:

| Item | Lot | Qty | UOM | Weight | Location | Zone |
|------|-----|-----|-----|--------|----------|------|
| CFT-P BEANS-100 | CAN7281116A | 500 | BAG | 50,000.00 | a012 | Grain Warehouse |
| TOTAL | | 500 | | 50,000.00 | | |

**Tab 5**



## JACINTOPORT
### INTERNATIONAL LLC

**Summary of Cargo – Stuffed into Containers**

Customer/Container Line: CFT CORPORATION  Booking No: CAN7281116A
Port of Discharge: RIO HAINA. DR  Total Number of Bags: 6000
Vessel Name SB PIONEERvIll  PO No: Private 1116A
Product Pinto Beans  Damages: Ø

| | Container no. | Tare Wt. | Size | Date | Qty. | Product Wt. | Seal No. | Notes |
|---|---|---|---|---|---|---|---|---|
| 1. | SMW3115905 | 5120 | 20 | 8.23.22 | 500 | 50,000 | A718946 | BNSF |
| 2. | | | | | | | | 761618 |
| 3. | | | | | | | | |
| 4. | | | | | | | | |
| 5. | CAIW3281640.0 | 4760 | 20 | 8.23.22 | 500 | 50,000 | A718947 | BNSF |
| 6. | SMW3146608 | 4985 | 20 | 8.23.22 | 500 | 50,000 | A718948 | 761928 |
| 7. | TRIW3745420 | 4650 | 20 | 8.23.22 | 500 | 50,000 | A718949 | |
| 8. | GACU3220783 9 | 4740 | 20 | 8.23.22 | 500 | 50,000 | A718950 | |
| 9. | | | | | | | | |
| 10 | | | | | | | | |
| 11. | SMW3123275.0 | 4920 | 20 | 8.23.22 | 500 | 50,000 | A718801 | BNSF |
| 12. | TRIW547198.7 | 4850 | 20 | 8.23.22 | 500 | 50,000 | A718802 | 761491 |
| 13. | SMW3130978 | 4920 | 20 | 8.23.22 | 500 | 50,000 | A718803 | |
| 14. | SMW3134952 | 4980 | 20 | 8.23.22 | 500 | 50,000 | A718804 | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |

**Tab 5**